# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**GERARD SMITH, ET AL.**                                **CIVIL ACTION**

**VERSUS**                                              **NO. 22-561-JWD-RLB**

**JESUS C. AVINA, ET AL.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 11) dated November 10, 2022, to which no objection was filed;

**IT IS ORDERED** that Plaintiffs' Motion to Remand (Doc. 4) is **DENIED**.

Signed in Baton Rouge, Louisiana, on November 29, 2022.

_____

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

1